1 **LAW OFFICES OF JAMES F. HOLTZ**
*A Professional Corporation*
2 James F. Holtz, Esq. (SBN 95064)
james.holtz@holtzapc.com
3 Natalie C. Holtz, Esq. (SBN 334221)
natalie.holtz@holtzapc.com
4 16935 West Bernardo Drive, Suite 170
San Diego, California  92127
5 Telephone: (619) 881-1246
Facsimile: (619) 924-5199
6
7 Attorneys for Defendant
COSTCO WHOLESALE CORPORATION
8

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ROCKY TREVINO, an individual, and CORA TREVINO, an individual, | Case No.: **'21CV0948 W    AGS** |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |
| v. | |
| COSTCO WHOLESALE CORPORATION, a business entity, and DOES 1 to 100, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　　PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Costco") hereby removes to this Court the state court action described below.

　　　1.　　On February 9, 2021, an action was commenced in the San Diego Superior Court, entitled ROCKY TREVINO, an individual, and CORA TREVINO, an individual v. COSTCO WHOLESALE CORPORATION, a business entity, and DOES 1 to 100, inclusive, as Case No: 37-2021-00005944-CU-PO-CTL. A copy of the Complaint is attached hereto as **Exhibit "A."**

/ / /

1
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

1. Defendant Costco received a copy of said complaint on March 2, 2021, when its agent accepted service of said complaint and a summons on its behalf. A copy of the summons, complaint, stipulation to use alternative dispute resolution (ADR), notice of case assignment and case management conference, and alternative dispute resolution information filed in state court and served on defendant Costco are attached hereto as **Exhibit "B."**

2. On March 4, 2021, Costco filed an Answer to Plaintiff's Complaint attached hereto as **Exhibit "C."**

3. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Costco pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Plaintiffs ROCKY TREVINO and CORA TREVINO reside in the County of San Diego in California and are citizens of the state of California. Defendant Costco was at the time of filing this action, and still is, a corporation incorporated under the laws of the State of Washington, having its principal place of business at Issaquah, Washington.

5. On May 13, 2021 Plaintiff ROCKY TREVINO served responses to Costco's first set of discovery by electronic service. Plaintiff ROCKY TREVINO's responses to Costco's first set of form interrogatories are attached hereto as **Exhibit "D."**

Costco had asked several questions related to lost earnings. Specifically, Costco's Form Interrogatory 8.4 asked: "State your monthly income at the time of the INCIDENT and how that amount was calculated." (See Plaintiff Rocky Trevino's Form Interrogatories Responses attached as Exhibit "D" at page 15.) Plaintiff answered: "$6740. I annualized from my first six weeks of employment in 2019. Potential for

increased revenue, as I had recently completed training and was just beginning to be sent out on full schedule of appointments. So the first 6 weeks of 2019 does not adequately reflect future income." (*Id.*)

Costco's Form Interrogatory 8.6 requested: "State the dates you did not work and for which you lost income as a result of the incident." Plaintiff answered: "Feb. 17, 2019 to March 29, 2021." (*Id.*)

Costco's Form Interrogatory 8.7 asked Plaintiff to "[s]tate the total income you have lost to date as a result of the INCIDENT and how that amount was calculated." Plaintiff responded: "**Approx. $105,144.00**. . . . First 6 weeks of 2019 employment annualized, plus 30% for potential increase." (*Id.* at 15-16) (Emphasis added.)

Moreover, Plaintiff claims he has incurred a little over $45,000 in damages for his medical bills. See Plaintiff's medical billing from Kaiser attached as **Exhibit "E."**

It is believed that, based upon the foregoing, the case value if liability were found would exceed $75,000.

6.  Due to Plaintiff ROCKY TREVINO's lost earnings claim and the seriousness of his alleged injuries, it is reasonable to conclude that the amount in controversy exceeds $75,000.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(DIVERSITY)**

7. The date upon which there was complete diversity between plaintiffs and defendant Costco is the date of filing on February 9, 2021. The date upon which Costco was put on notice that the amount in controversy exceeds $75,000 was May 13, 2021 when Costco received Plaintiff ROCKY TREVINO's responses to Costco's first set of Form Interrogatories. Further, less than one year has passed since commencement of the action as required by 28 U.S.C. § 1446(b). Thus, the matter is now removable to federal court.

Dated: May 18, 2021

LAW OFFICES OF JAMES F. HOLTZ
*A Professional Corporation*
By: *s/ James F. Holtz*
James F. Holtz, Esq.
james.holtz@holtzapc.com
Natalie C. Holtz, Esq.
natalie.holtz@holtzapc.com
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

4
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(DIVERSITY)**

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, I served a true and correct copy of the above and foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** via U.S. Mail by depositing in the United States Postal Service mail box at 16935 West Bernardo Drive, Suite 170, San Diego, California 92127, in a sealed envelope with postage thereon fully prepaid and addressed as follows:

| | |
|---|---|
| Gastone Bebi<br>THE LAW OFFICES OF GASTONE BEBI<br>501 West Broadway, Suite 1340<br>San Diego, CA 92101<br>Tel (619) 237-0514<br>Fax (619) 363-4602 | Counsel for Plaintiffs<br>ROCKY TREVINO and<br>CORA TREVINO |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 18, 2021, at San Diego, California.

*s/* James F. Holtz
James F. Holtz